# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| PHILLIP LEE COBB, <br> (Former TDCJ-CID #514392) <br> Plaintiff, | § § § § | |
| vs. | § | CIVIL ACTION H-06-2858 |
| GARY JOHNSON, *et al.*, <br> Defendants. | § § § § | |

## FINAL JUDGMENT

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on June 13, 2007.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

O:\RAO\VDG\2006\06-2858.c01